# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAHIEM CHOYCE,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL VAN LUVEN, et al.,<br><br>    Defendants. | Case No. 2:23-cv-01635-GMN-NJK<br><br>ORDER |

Plaintiff is proceeding in this action *pro se* and submitted a complaint. Docket No. 1-1. Plaintiff has not, however, paid the required filing fee or requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. To proceed with this case, Plaintiff must either pay the filing fee or file an application to proceed *in forma pauperis*.

Accordingly, **IT IS ORDERED:**

1. Plaintiff must either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file a complete application to proceed *in forma pauperis*.

2. The Clerk of the Court shall send Plaintiff the application to proceed *in forma pauperis* by a prisoner, with instructions.

Plaintiff must comply with this order no later than December 11, 2023. Failure to comply will result in a recommendation to the District Judge that this case be dismissed.

IT IS SO ORDERED.

Dated: October 11, 2023.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE