# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAHIEM CHOYCE, | Case No.: 2:23-cv-01635-GMN-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| MICHAEL VAN LUVEN, *et al.*, | |
| Defendants. | |

On November 21, 2023, the Court granted Plaintiff's application to proceed *in forma pauperis* subject to certain conditions. Docket No. 6. The Court ordered Plaintiff to pay an initial partial filing fee of $21.27, no later than January 9, 2024, after which the Court would screen Plaintiff's complaint. *Id*.

Plaintiff has failed to pay the initial filing fee. *See* Docket. The Court extends Plaintiff's deadline to pay his $21.27 initial partial filing fee to **February 8, 2024**. The Court will not grant any further extensions of this deadline. **Failure to timely pay the initial partial filing fee will result in a recommendation of dismissal of this action.**

IT IS SO ORDERED.

Dated: January 12, 2024.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE